# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

SHRONE DUNN, BY AND THROUGH SHIRLEY DUNN,
GUARDIAN/ AUTHORIZED REPRESENTATIVE,

        Plaintiff,

vs.                                           Case No.

MILWAUKEE BOARD OF SCHOOL DIRECTORS
d/b/a MILWAUKEE PUBLIC SCHOOLS,
DEMITRIOS VISVARDIS, CITY OF MILWAUKEE

        Defendants.

---

## NOTICE OF REMOVAL

---

To:     Verona E. Swanigan, Esq.
        The Swanigan Firm
        425 W. Capitol Ave., Ste. 1533
        Little Rock, Arkansas 72201
        (866) 603-5239 (phone)
        callthelawlady@outlook.com

**PLEASE TAKE NOTICE** that the Milwaukee Board of School Directors d/b/a Milwaukee Public Schools and the City of Milwaukee (collectively the "Board") by their attorneys, City Attorney Evan Goyke and Assistant City Attorneys Joshua Cronin and Meghan McCabe; and Demitrios Visvardis, by his attorneys, Axley LLP, by Lori M. Lubinsky, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, file this Notice of Removal with the United States District Court for the Eastern District of Wisconsin. The grounds for removal of this action are as follows:

1.　A civil action designated as Case No. 2026CV004983 has been commenced and is now pending in Milwaukee County Circuit Court (the "State Court Action") between the above-identified parties.

2.　On May 26, 2026, Plaintiff filed a Summons and Complaint in the State Court Action. (Cronin Aff., Ex. A, Summons & Complaint.)

3.　In the State Court Action, the Plaintiff has filed a number of Affidavits of Service. (Cronin Aff., Ex. B, Affidavits of Service.)

4.　The above-referenced action is a civil action for damages alleged to have arisen from actions arising in Milwaukee County, Wisconsin.

5.　The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

a.　The case presents a federal question under (1) Title II of the Americans with Disabilities Act, (2) Section 504 of the Rehabilitation Act, (3) the Fourth Amendment, and (4) the Fourteenth Amendment. (Cronin Aff., Ex. A, Summons & Complaint, ¶¶ 63–85.) Removal is therefore proper under 28 U.S.C. § 1441(a) because this is a civil action brought in state court over which the federal district court would have original jurisdiction under 28 U.S.C. § 1331 had the action been initially commenced in federal court.

b.　The Board and Demitrios Visvardis received the Complaint less than thirty (30) days before the date of filing this Notice of Removal.

c.　This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

2

d. This case is properly venued in that Plaintiff and Defendants are within the jurisdiction of the Eastern District of Wisconsin, and that the alleged events or omissions that form the basis for Plaintiff's claims occurred within the Eastern District of Wisconsin.

e. All Defendants have consented to removal.

6. Concurrent with the filing of this Notice of Removal, the Board and Demitrios Visvardis, by their attorneys, will notify all active parties and the Clerk of Milwaukee County Circuit Court that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(b)(1).

<div align="center">

**JURY DEMAND**

</div>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Board and Demitrios Visvardis hereby request a trial by jury.

Dated and signed at Milwaukee, Wisconsin this 13th day of July, 2026.

**EVAN C. GOYKE**
City Attorney for the City of Milwaukee

s/Joshua B. Cronin_____
JOSHUA B. CRONIN
Assistant City Attorney
State Bar No. 1064324
MEGHAN C. MCCABE
Assistant City Attorney
State Bar No. 1132740
Attorneys for Defendant Milwaukee Board of School Directors d/b/a Milwaukee Public Schools and the City of Milwaukee
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-8822
Email: jbcronin@milwaukee.gov
          mmccab@milwaukee.gov

Dated this 13th day of July, 2026.

<div style="margin-left: 40%;">

**AXLEY LLP**
Attorneys for Demitrios Visvardis

*s/ Lori M. Lubinsky*
Lori M. Lubinsky
SBN: 1027575
P.O. Box 1767
Madison, WI  53701-1767
Telephone: (608) 257-5661
llubinsky@axley.com

</div>

2026-001277/