IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHRONE DUNN, by and through SHIRLEY DUNN,
Guardian / Authorized Representative,

Plaintiff,

v.

Case No. 26-cv-01229

MILWAUKEE BOARD OF SCHOOL DIRECTORS
d/b/a MILWAUKEE PUBLIC SCHOOLS,
DEMITRIOS VISVARDIS, and
CITY OF MILWAUKEE,

Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Axley LLP, by Attorney Lori M. Lubinsky, appears for and represents Defendant Demitrios Visvardis in this action, and requests that all pleadings and documents herein be served upon the undersigned at Post Office Box 1767, Madison, Wisconsin 53701-1767, or via electronic filing.

Dated this 15th day of July, 2026.


*s/ Lori M. Lubinsky*
Lori M. Lubinsky, SBN: 1027575
Attorneys for Defendant Demitrios Visvardis
AXLEY LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Fax: (608) 257-5444
llubinsky@axley.com