UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHAMBERS OF
WILLIAM E. DUFFIN
UNITED STATES MAGISTRATE JUDGE

517 E. WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
414-297-3188

July 28, 2026

Verona E Swanigan
The Swanigan Firm
425 W Capitol Ave - Ste 1533
Little Rock, AR 72201

Meghan Colleen McCabe
Joshua B Cronin
Milwaukee City Attorney
841 N Broadway - Ste 716
Milwaukee, WI 53202

Re: Dunn v. Milwaukee Board of School Directors et al
Case No. 26-cv-1229

Dear Counsel:

The above entitled action has been assigned to this court for all further proceedings. Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist the court in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following additional information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.
2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons.
3. Any motions which are contemplated at this time.
4. Such other matters as may affect the scheduling of this case for final disposition.

The court will conduct the Rule 16 conference at **9:00 a.m. on August 28, 2026.** In addition to the matters set forth above, the parties shall be prepared to discuss the matters set forth in Civ. L.R. 16(a)(1). Your Rule 26(f) report shall be electronically filed with the court no later than **August 24, 2026**.

The court routinely conducts a Rule 16 conference by way of telephone. The court will initiate the call. The parties shall include in their Rule 26(f) report the names and **direct** telephone number of the attorneys who plan to participate in the conference. The court strongly discourages the use of mobile phones for telephone conferences.

However, the parties may agree that this conference be held in court. Any such agreement to hold the conference in court should be set forth in the parties' Rule 26(f) report or filed as a separate document before the submission of the Rule 26(f) report.

If the parties do not agree that the Rule 26(f) conference should be held in court, any party may, either as part of the parties' Rule 26(f) report or in a separate document filed before the submission of the Rule 26(f) report, request that the conference be held in court. Any such request shall be accompanied by a short statement indicating why the party believes an in-court conference is appropriate.

Very truly yours,

William E. Duffin
U.S. Magistrate Judge