**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys

CITY OF MILWAUKEE
Office of the City Attorney

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**ANDREA J. FOWLER**
**JOANNA FRACZEK**
**HANNAH R. JAHN**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**GREGORY P. KRUSE**
**ALEX T. MUELLER**
**ALEXANDER D. COSSI**
**KATHERINE A. HEADLEY**
**SHEILA THOBANI**
**STACY J. MILLER**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**TRAVIS J. GRESHAM**
**KYLE W. BAILEY**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
**TYLER M. HELSEL**
**ZACHARY A. HATFIELD**
**MEGHAN C. MCCABE**
**CYNTHIA HARRIS ORTEGA**
**OLUWASEUN CHRIS IBITOYE**
**KEVIN P. TODT**
**NATHANIEL E. ADAMSON**
**MATTEO REGINATO**
**JOSHUA B. CRONIN**
**ROBERT W. SANDERS**
**ELIZABETH K. MILES**
**LAURI A. ROLLINGS**
Assistant City Attorneys

August 12, 2026

Magistrate Judge William E. Duffin
United States District Court, E.D. of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202

Re: *Shrone Dunn, et al. v. Milwaukee Board of School Directors, et al.*
Case No. 2:26-cv-01229-WED

Dear Magistrate Judge Duffin:

The following letter is a joint letter on behalf of all parties to this action, and we write to inform the Court that the parties have reached a settlement. Because the Plaintiff in this action is disabled, the parties are in the process of retaining a GAL to assist with the finalization of the settlement. The parties would respectfully request that this Court adjourn the Rule 16 Scheduling Conference set for August 28, 2026 at 9:00 a.m. If the Court has any questions, please do not hesitate to contact us.

Very truly yours,

s/ Joshua B. Cronin

JOSHUA B. CRONIN
Assistant City Attorney

#XK9DOC160D104Jv1